**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Doe,**
                **Plaintiff,**

     **V.**

**Word of Life Fellowship, Inc., et al.,**
                **Defendants,**

**CIVIL ACTION**

**NO. 11-40077-TSH**

## JUDGMENT

**Hillman J.**

In accordance with the Court's Memorandum and Order dated   **6/19/12**   granting   **defendants'**   motions for summary judgment in the above-entitled action, it is hereby ORDERED:

        Judgment for the   **Defendants**

                                                  By the Court,

   **6/19/12**                                 **/s Martin Castles**
         **Date**                                    **Deputy Clerk**